# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Ricky L. Hefner,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00036-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on March 15, 2021.

March 15, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court